BEFORE THE FIRST DIVISION, SEPTEMBER 27, 1956

**No. 60253.**—Treville and Lansen Naeve Corp. *v.* United States, protests 241822–K and 249565–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of barrettes in chief value of cellulose acetate, the claim of the plaintiffs was sustained.